# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 52 WAL 2017
                                 :
    Respondent               :
                                 :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
    v.                       :
                                 :
                                 :
CHRISTOPHER LAWRENCE             :
PETERMAN,                        :
                                 :
    Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.